THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARCADE, LLC,

    Plaintiff,

v.

DORKY'S, INC.,

    Defendant.

Case No.: 3:11-cv-05949-RJB

ORDER ON MOTION FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANT DORKY'S, INC. PURSUANT TO FRCP AND LOCAL RULE 55(b)

Having considered the Motion for Entry of Judgment by Default filed by plaintiff Barcade, LLC ("Barcade"), and its supporting materials, and for good cause shown, it is hereby ORDERED that Barcade's Motion is GRANTED. It is further ORDERED that judgment is entered in favor of Barcade and against defendant Dorky's, Inc. ("Dorky's") and that Dorky's, its officers, directors, agents, employees and all persons in active concert or participation with it who receives actual notice of the injunction, by personal service or otherwise, is preliminarily and permanently enjoined and restrained from doing, abiding, causing or abetting any of the following:

    (a)    engaging in any acts or activities directly or indirectly calculated to infringe Barcade's BARCADE® Marks;

ORDER ON MOTION FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANT DORKY'S, INC. PURSUANT TO FEDERAL RULE 55(b)- 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1       (b)    infringing or contributing to the infringement;

2       (c)    using in selling, offering for sale, promoting, advertising, marketing or distributing of Dorky's products or services, signage, advertisements or marketing materials that use the term BARCADE;

     (d)    using any configuration or design that is confusingly similar to Barcade's BARCADE® Marks; and

     (e)    otherwise competing unfairly with Barcade in any manner whatsoever.

It is further ORDERED that Dorky's deliver up to Barcade for destruction, at Dorky's expense, any and all catalogs, web site materials, literature, brochures, packaging, signs, promotional materials, advertisements and other communications to the public in the possession or under the control of Dorky's, and any other material or any representations that are or may contain designations similar to Barcade's BARCADE® Marks.

DATED this 17th day of January, 2012.

*(signature)*

ROBERT J. BRYAN
United States District Judge

Presented by:

COZEN O'CONNOR

*/s/ Rodney Q. Fonda*
Rodney Q. Fonda, WSBA No. 6594
Camille M. Miller, *Member of Pennsylvania and Illinois Bars (Not Admitted in Washington)*
David M. Albert, *Member of Pennsylvania and New York Bars (Not Admitted in Washington)*
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington 98101
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
Attorneys for Plaintiff Barcade, LLC

SEATTLE\1259317\1 208976.000

ORDER ON MOTION FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANT DORKY'S, INC. PURSUANT TO FEDERAL RULE 55(b)- 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000